4

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                                            SUPERIOR COURT DEPT.

STEPHEN ELLICOTT,

    Plaintiff,

v.

ARTHUR HENNESSEY, THOMAS HUNTON
And AMERICAN CAPITAL ENERGY, INC.,

    Defendants/Judgment Debtors            Civil Action No. 17CV1617C

ASAHI/AMERICA, INC., LUPOLI COMPANIES,
LLC, AMERICAN CAPITAL ENERGY – BDD
SOLAR, LLC AND CITY OF WOBURN,

    Reach and Apply Defendants.

and

BANK OF NEW ENGLAND, ENTERPRISE
BANK AND TRUST CO., SANTANDER
BANK, N.A. and TD BANK, N.A.,

    Trustee Process Defendants

## MOTION TO APPOINT SPECIAL PROCESS SERVER

Plaintiff Stephen Ellicott moves this Court, pursuant to Mass. R. Civ. P. 4(c), for the appointment of Dewsnap & Associates, LLC, or its designee, a qualified person over the age of 18 and not a party to this action, as special process server, authorized to serve all process in this action.

A TRUE COPY ATTEST
*[signature]*
DEPUTY ASS'T. CLERK

*[signature]*

ALLOWED

OCT 2 6 2017

Timothy Q. Feeley
Assoc. Justice

Exhibit 3