# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ELLICOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARTHUR HENNESSEY, et al., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 17-12303-FDS |

## ORDER TO SHOW CAUSE

**SAYLOR, J.**

On April 19, 2018, the Court issued an injunction enjoining defendants from transferring assets and making any payments of funds, with limited exceptions. Plaintiff was directed to post a bond in the amount of $100,000 or file an affidavit indicating an inability to post a bond due to financial hardship.

On May 3, 2018, plaintiff filed an affidavit stating he was indigent. However, upon review, it appears that plaintiff is not indigent, at least in any traditional definition of that term; among other things, the affidavit states that plaintiff has a relatively large annual gross income, owns real property, and has a substantial net worth.

Accordingly, plaintiff is hereby ORDERED to show cause in writing within 14 days, or by May 17, 2018, why he should not be required to post a bond. If plaintiff fails to comply within 14 days, the injunction will be dissolved.

**So Ordered.**

                                              /s/ F. Dennis Saylor
                                              F. Dennis Saylor IV
Dated: May 3, 2018                  United States District Judge