UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ELLICOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 17-12303-FDS |
| ) | |
| ARTHUR HENNESSEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION FOR DEFAULT

**SAYLOR, J.**

On April 23, 2018, plaintiff moved for default against reach and apply defendant American Capital Energy – BDD Solar, LLC ("BDD Solar"). However, upon further review of the record, it appears that BDD Solar was never properly served. While plaintiff has offered evidence that defendant Arthur Hennessey was served, plaintiff has not shown that Hennessey was served in his capacity as a purported officer of BDD Solar. Accordingly, entrance of default against BDD Solar is premature, and the motion for default is DENIED without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: May 22, 2018                    United States District Judge